IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ortiz, Domitilo A | Case Number: 07 B 12406 |
| | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 7/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 12, 2009
Confirmed: September 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,784.00 | |
| Secured: | | 1,375.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,249.71 |
| Trustee Fee: | | 159.29 |
| Other Funds: | | 0.00 |
| Totals: | 2,784.00 | 2,784.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,306.33 | 1,249.71 |
| 2. | Nationwide Acceptance Corp | Secured | 4,365.73 | 1,375.00 |
| 3. | Commonwealth Edison | Unsecured | 90.32 | 0.00 |
| 4. | America's Financial Choice Inc | Unsecured | 54.34 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 265.00 | 0.00 |
| 6. | Premium Asset Recovery Corp | Unsecured | 69.38 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 66.70 | 0.00 |
| 8. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 9. | Asset Acceptance | Unsecured | | No Claim Filed |
| 10. | Beneficial National Bank | Unsecured | | No Claim Filed |
| 11. | Medical Collections | Unsecured | | No Claim Filed |
| 12. | US Cellular | Unsecured | | No Claim Filed |
| | | | $ 7,217.80 | $ 2,624.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 106.51 |
| 6.5% | 52.78 |
| | $ 159.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ortiz, Domitilo A

Printed: 02/24/09

Case Number:  07 B 12406
Judge:  Hollis, Pamela S
Filed:  7/12/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: